# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Wang v. The Hearst Corp.**  Docket No.: **13-4480**

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: **Courtenay O'Connor**

Firm: **The Hearst Corporation**

Address: **300 West 57th Street, 40th Floor, New York, NY 10019**

Telephone: **(212) 649-2030**    Fax: **(646) 280-2030**

E-mail: **coconnor@hearst.com**

Appearance for: **The Hearst Corporation/Defendant-Appellee**
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

✔ Additional counsel (co-counsel with: **Jonathan R. Donnellan/The Hearst Corporation** )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

✔ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on **July 7, 2014**    OR

☐ I applied for admission on _____ .

Signature of Counsel: **/s/ Courtenay O'Connor**

Type or Print Name: **Courtenay O'Connor**